**Opinion issued July 14, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-01069-CV

————————————

**TENA EDWARDS-SANDERS, ANGELIA DEBOSE, AND TERRY MASON,**
**Appellants**

**V.**

**JINNY SAMPLE, ARTIST AND MUSIC ENTERTAINMENT GROUP,**
**JOHN F. KILGORE, HOBBY CENTER FOR THE PERFORMING ARTS,**
**Appellees**

---

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Case No. 2015-57413**

---

## MEMORANDUM OPINION

Appellants, Tena Edwards-Sanders, Angelia Debose, and Terry Mason,

appeal from the trial court's judgment signed December 18, 2015. The trial court

clerk filed the clerk's record on March 8, 2016 and supplemental clerk's records on

March 16, 2016, and April 7, 2016.  The court reporter advised that appellants did not make financial arrangements to file the reporter's record.  Appellants did not respond to our notice regarding nonpayment for the reporter's record and, therefore, we set appellants' brief due without a reporter's record on May 16, 2016. *See* TEX. R. APP. P. 37.3(c).

Appellants did not file a brief.  On May 24, 2016, the Clerk of this Court notified appellant that failure to file a brief or a motion for extension by June 3, 2016, could lead to dismissal of the appeal.  *See* TEX. R. APP. P. 38.8(a), 42.3(b). To date, no brief or motion for extension has been filed.

Accordingly, we dismiss the appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a), 42.3(b).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Brown, and Huddle.